# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Noris M. Flores,<br><br>*Debtor*. | Case No. 26-12134-AMC<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 22, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Onity Mortgage**
P.O. Box 24738
Philadelphia, PA 19111-0738

**WSFS Bank**
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

**Assets Recovery 23, LLC**
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA  30004

## Method of Service - First Class Mail

Acima Credit
4th Floor
9815 South Monroe Street
Sandy, UT 84070

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Brightway/Onemain
Attn: Bankruptcy
P.O. Box 59
Evansville, IN 47701

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia Law
Department
Tax Lit. and Coll. Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Continental Finance Co
Attn: Bankruptcy Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4 Wilmington,
DE 19808-2952

**Credit Acceptance**
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Crescent Auto Financial
P.O. Box 1149
Grapevine, TX 76099

First Nataional Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

Fortiva
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348-5555

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**Koalafi**
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3 Philadelphia,
PA 19122-2806

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Planet Home Lending, Llc
321 Research Parkway Suite 303 Meriden,
CT 06450

Portfolio Recovery Associates,
LLC
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond Tax Lit &
Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617