**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> Noris M. Flores, <br>            Debtor <br><br> Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For 2025-RESIWL1 <br>            Movant <br>     v. <br> Noris M. Flores, <br><br>            Debtor/Respondent <br><br> KENNETH E. WEST, Esquire <br>            Trustee/Respondent | Bankruptcy No. 26-12134-amc <br><br> Chapter 13 <br><br> Related to Doc. No. 18 |

## WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR 2025-RESIWL1'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Secured creditor, Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For 2025-RESIWL1 ("Wilmington Savings") by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Noris M. Flores, and in support thereof alleges as follows:

1. Debtor, Noris M. Flores ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 15, 2026.

2.  Wilmington Savings holds a security interest in the Debtor's real property located at 459E Ontario St, Philadelphia, PA 19134 (the "Property"), by virtue of a Mortgage Recorded with the Public Records of Philadelphia County, PA on November 30, 2006.

3.  Said Mortgage secures a Note in the amount of $56,250.00.

4.  Upon review of internal records, it is anticipated that Wilmington Savings's Proof of Claim will include pre-petition arrearage of $58,119.89. A true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5.  On June 19, 2026, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6.  The Plan fails to include treatment of Secured Creditor's claim or for arrears. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

7.  Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) Wilmington Savings hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, Wilmington Savings Fund Society, FSB, Not In Its

Individual Capacity But Solely As Owner Trustee For 2025-RESIWL1 ("Wilmington Savings"),

respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, Noris M. Flores.


Date: 07/28/2026

**Robertson, Anschutz, Schneid, Crane &
Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Noris M. Flores,<br>          Debtor<br><br>Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For 2025-RESIWL1<br>          Movant<br>   v.<br>Noris M. Flores,<br>          Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>          Trustee/Respondent | Bankruptcy No. 26-12134-amc<br><br>Chapter 13<br><br>Related to Doc. No. 18 |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on ___July 28,  2026___, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Noris M. Flores
461 E Ontario St
Philadelphia, PA 19134-1124

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
Email: mimcgowan@raslg.com

Date: 07/28/2026