## Bankruptcy Proof of Claim: ███████████████████

| Borrower: | FLORES,NORIS | Address: | 459 E ONTARIO ST | Prin Bal: | $44,178.16 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | PHILADELPHIA | Add Prin Bal: | $0.00 | Investor #: | ████ |
| Due Date: | 05/01/2017 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ████ |
| Last Pmt Appd On: | | Zip Code: | 19134 | Total Pmt Amt: | $507.82 | PLS Client ID: | |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | |
|---|---|---|---|
| Petition Claim Date: | 05/18/2026 | Petition Acknowledge Date: | |
| Confirmation Hearing Date: | | Petition Claim Amount: | $58,119.89 |
| Petition Confirmed Amount: | $58,119.89 | Preliminary: | Yes |
| Principal Balance: | $44,178.16 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

### Payment Schedule For Pre-Petition

Row Count = 1

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 05/01/2017 | 05/01/2026 | $507.82 | $55,352.38 | 109 | $25.39 | $2,767.51 |
| Pymt and Lt Chg Totals: | 05/01/2017 | 05/01/2026 | | $55,352.38 | 109 | | $2,767.51 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

### Fees For Pre-Petition

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |