**EXHIBIT A**



| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Noris M. Flores | | | | | |
| **BK Case Number:** | 26-12134 | | | | | |
| **Filing Date:** | 05/15/2026 | | | | | |
| **Post First Due:** | 06/01/2026 | | | | | |
| **Post-Petition Due** | **Date Received** | **Amount Received** | **Amount Applied** | **Suspense Application** | **Suspense Balance** | **Comments** |
| | No Payment received | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |

| | |
|---|---|
| **Name:** | Noris M. Flores |
| **BK Case Number:** | 26-12134 |
| **Filing Date:** | 05/15/2026 |

| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 06/01/2026 | $ 492.92 | $ 249.37 | $ 243.55 | |
| 07/01/2026 | $ 492.92 | $ 249.37 | $ 243.55 | |
| 08/01/2026 | $ 492.92 | $ 249.37 | $ 243.55 | |
| **Total Due** | **$ 1,478.76** | **$ 748.11** | **$ 730.65** | |