**L.B.F 9014-3A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>NORIS M. FLORES<br>Debtor | Case No. 26-12134-amc |
| HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1,<br>Movant<br><br>vs.<br>NORIS M. FLORES<br>Respondent | Chapter 13<br><br>11 U.S.C. §362 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND IN-PERSON HEARING DATE**

HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the motion, then on or before **September 22, 2026**, **you or your attorney must file a response to the Motion.** *(see Instructions on next page).*

3. A hearing on the Motion is scheduled to be held on **September 29, 2026**, at **11:00 AM**, in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   United States Bankruptcy Court
   Robert N.C. Nix, Sr. Federal Building and Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107-4299

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

September 2, 2026

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>NORIS M. FLORES<br>Debtor | Case No. 26-12134-amc<br><br>Chapter 13 |
| HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1,<br>Movant<br><br>vs.<br>NORIS M. FLORES<br>Respondent | 11 U.S.C. §362 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on September 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: September 2, 2026

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Bankruptcy Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

NORIS M. FLORES
461 E ONTARIO ST
PHILADELPHIA, PA 19134-1124
Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: