United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-12134-amc

Noris M. Flores Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 16, 2026 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Noris M. Flores, 461 E Ontario St, Philadelphia, PA 19134-1124 |
| cr | + | Asset Recovery 23, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 15146105 | + | Asset Recovery 23, LLC., Robertson, Anschutz, Schneid,Crane & Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15143746 | + | City of Philadelphia Law Department (R.E. Tax Lien, Tax Lit. and Coll. Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1640 |
| 15143747 | + | City of Philadelphia Law Department (R.E. Taxes), Tax Lit. and Coll. Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1640 |
| 15145916 | + | HSBC Bank USA, N.A., as Trustee for the registered, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15164684 | + | Main Brace Capital LLC, Agent of Huntington Debt Holdings, PO Box 382656, Germantown, TN 38183-2656 |
| 15143758 | | Onity Mortgage, Po Box 24738, Philadelphia, PA 19111-0738 |
| 15160948 | + | Onity Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15145461 | + | Onity Mortgage Corporation F/K/A PHH Mortgage Corp, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 15147716 | + | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2026 00:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2026 00:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 17 2026 00:58:00 | HSBC Bank USA, N.A., as Trustee for the registered, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 00:58:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15167626 | + | Email/Text: BKMAIL@planethomelending.com | Sep 17 2026 00:58:00 | ASSETS RECOVERY 23, LLC, c/o Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15143740 | + | Email/Text: bankruptcy@acima.com | Sep 17 2026 00:58:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 15143741 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Sep 17 2026 00:58:00 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 15143742 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 17 2026 00:58:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15143743 | + | Email/PDF: cbp@omf.com | Sep 17 2026 01:03:33 | Brightway/Onemain, Attn: Bankruptcy, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 59, Evansville, IN 47701-0059 |
| 15143745 | | Email/Text: megan.harper@phila.gov | Sep 17 2026 00:58:00 | City of Philadelphia, Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15143748 | | Email/Text: cfcbackoffice@contfinco.com | Sep 17 2026 00:58:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 15143744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 01:03:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15144071 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 17 2026 00:58:00 | Credit Acceptance, 25505 W 12 Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15143749 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 17 2026 00:59:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15143750 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2026 01:03:33 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15153600 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 17 2026 00:59:00 | Crescent Auto Fin c/o Peritus Portfolio Svcs II, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 15143751 | | Email/Text: BNSFN@capitalsvcs.com | Sep 17 2026 00:58:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15143752 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 17 2026 00:58:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15143753 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 17 2026 00:59:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15145460 | + | Email/Text: EBN@brockandscott.com | Sep 17 2026 00:58:00 | HSBC Bank USA ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15143754 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2026 00:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15159013 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2026 00:58:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15143755 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2026 00:58:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15143756 | | Email/Text: inchargehq@westcreekfin.com | Sep 17 2026 00:59:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 15147934 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15143757 | | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:58:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15164712 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:58:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 15167384 | + | Email/PDF: cbp@omf.com | Sep 17 2026 01:03:45 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15160948 | ^ | MEBN | Sep 17 2026 00:56:43 | Onity Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15143759 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 17 2026 00:58:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15143760 | ^ | MEBN | Sep 17 2026 00:56:29 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15163372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 01:03:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| | | | | |
|---|---|---|---|---|
| 15143763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 01:03:33 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15163883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 01:03:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 15143761 | | Email/Text: bankruptcy@philapark.org | Sep 17 2026 00:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15143762 | + | Email/Text: BKMAIL@planethomelending.com | Sep 17 2026 00:58:00 | Planet Home Lending, Llc, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 15158071 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 00:58:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15157330 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 00:58:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15167858 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2026 00:59:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15145917 | *+ | Onity Mortgage Corporation F/K/A PHH Mortgage Corp, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | |

| | |
|---|---|
| | on behalf of Debtor Noris M. Flores help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Owner Trustee For 2025-RESIWL1 mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society FSB mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Asset Recovery 23 LLC mimcgowan@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for 2025-RESIWL1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>NORIS M. FLORES<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-12134-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 16, 2026**

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge